IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERMIE SMALLWOOD, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:18cv826-MHT |
| ) | (WO) |
| ELMORE COUNTY JAIL and ) | |
| BILL FRANKLIN, ) | |
| ) | |
|     Defendants. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining about the conditions in the Elmore County Jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against one defendant, the Elmore County Jail, be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of November, 2018.

        <u>/s/ Myron H. Thompson</u>
        **UNITED STATES DISTRICT JUDGE**