IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JERMIE SMALLWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv826-MHT |
| | ) | (WO) |
| ELMORE COUNTY JAIL and | ) | |
| BILL FRANKLIN, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) Plaintiff's claims against defendant Elmore County Jail are dismissed with prejudice, with no costs taxed, and said defendant is terminated as a party to this action. Plaintiff's claims against defendant Bill Franklin remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the magistrate judge for further proceedings.

DONE, this the 6th day of November, 2018.

                                              /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**